RECEIVED
Western District of Washington
at Seattle
MAR - 5 2015
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

Various debtors--
See attached listing

) SECTION 347 (a) UNCLAIMED
) PROPERTY REPORT
)
)
)
)

Pursuant to Section 347(a) of the Bankruptcy Code and Rules of Bankruptcy Procedure 3010 and 3011, the undersigned Trustee hereby reports on the attached listing the names and addresses of the persons and amounts, which they are entitled to be paid from remaining property of the estate.

Unclaimed funds in the amount of **$383.63** paid to the above-entitled Court.

Dated this 24th day of February, 2015

*David M. Howe*
David M. Howe, Trustee

Section 347(a)
Unclaimed Property Report



Unclaimed funds February 24, 2015

| Case Number | DEBTOR | CREDITOR | CHECK # | AMOUNT |
|---|---|---|---|---|
| 09-49478 | Perla Canlas Leonor<br>4600 16th St E Apt E101<br>Tacoma WA 98424 | Debtor Refund<br>Case Completed | 483709 | 95.73 |
| 11-45918 | Taunia L. Flindt | Trustee claim # 25<br>NCO Financial<br>fka OSI Collections Scvs<br>1904 96th St S, Tacoma WA 98444 | 483710 | 30.25 |
| 11-45615 | Brandon O Everson<br>3509 Oxbow Ave<br>Fife WA 98424 | Debtor Refund<br>Case Completed | 483724 | 92.30 |
| 09-47435 | Miriam Birthwright<br>7508 41st St Ct W Apt B8<br>University Place WA 98466 | Debtor Refund<br>Case Completed | 483725 | 0.85 |
| ? | | | | |
| 12-45140 | Lawrence & Kami Clark<br>8515 Rich Rd SE<br>Olympia WA 98501 | Debtor Refund<br>Case Converted | 483727 | 15.00 |
| 13-42620 | Roland & Sukara M Grandberry<br>5629 S Ferdinand St<br>Tacoma WA 98409 | Debtor Refund<br>Case Dismissed | 483728 | 15.00 |
| 09-48151 | Gary & Kristina Martin<br>17021 SE Francis<br>Portland OR 97236 | Debtor Refund<br>Case Completed | 483729 | 1.70 |
| 13-40441 | Kim O'Connor<br>523 Ostman Rd<br>Raymond WA 98577 | Debtor Refund<br>Case Dismissed | 483730 | 15.00 |
| 09-48114 | Todd & Deia Price<br>1715 E Main Apt BB-104<br>Puyallup WA 98372 | Debtor Refund<br>Case Completed | 483731 | 10.77 |
| 11-46771 | Anita M Pruett<br>PO Box 612<br>Toledo WA 98591 | Debtor Refund<br>Case Completed | 483732 | 15.59 |
| 09-45626 | Ahsson & Kari Marie Spry<br>5114 Pt Fosdick Dr PMB D269<br>Gig Harbor WA 98335 | Debtor Refund<br>Case Completed | 483733 | 23.69 |
| 13-46227 | Rafael A Ventura<br>1810 61st St SE<br>Auburn WA 98092 | Debtor Refund<br>Case Converted | 483734 | 15.00 |
| 12-45741 | Richard & Ruth Vollmer<br>17732 93rd Ave E<br>Puyallup WA 98375 | Debtor Refund<br>Case Dismissed | 483735 | 15.00 |
| 12-46958 | Mary M Wilder<br>17623 Loop Lane SE<br>Yelm WA 98597 | Debtor Refund<br>Case Dismissed | 483736 | 37.75 |
| | | | | 383.63 |